36 A.3d 1096

**PULSE TECHNOLOGIES, INC., Petitioner**

v.

**Peter NOTARO and MK Precision LLC, Respondents.**

Supreme Court of Pennsylvania.

Jan. 27, 2012.

*AMENDED ORDER*

PER CURIAM.

**AND NOW,** this 27th day of January, 2012, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Does a Court act improperly by refusing to enforce a restrictive covenant contained in an employment agreement solely because the restrictive covenant was not expressly referenced in a non-binding initial offer letter, and the offer letter conditioned employment on the execution of the employment agreement?